UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRINA PESCHANSKY,                                CASE NO. 16-CV-20554-JLK

      Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant(s).                          /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, IRINA PESCHANSKY, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

| | |
|---|---|
| Dated: September 23, 2016 | Dated: September 23, 2016 |
| By*:  /s/ Alexander Palamara* | By*: /s/ Philip J. Kantor* |
| ALEXANDER PALAMARA, ESQ. | PHILIP J. KANTOR, ESQ. |
| Fla. Bar No. 37170 | Fla. Bar No. 435597 |
| Dell & Schaefer | Quintairos, Prieto, Wood & Boyer, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | One E. Broward Blvd., Suite 1200 |
| Hollywood, FL 33020 | Ft. Lauderdale, FL 33301 |
| (954) 620-8300 | P:(954) 523-7008 |
| (800) 380-6151 | F:(954) 523-7009 |
| Alex@diattorney.com | pkantor@qpwblaw.com |