UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRINA PESCHANSKY,   CASE NO. 16-CV-20554-KING/TORRES

    Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant(s).   /

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the foregoing Stipulation it is:

**ORDERED AND ADJUDGED** that this cause is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

**DONE AND ORDERED** in Miami, Florida this the 11 day of Oct 2016.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record